**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| CEDRIC PERRY and SHEILA PERRY | PLAINTIFFS |
| v.   No. 3:11CV00048 JLH | |
| STEVENS TRANSPORT, INC.; and RICHARD KIRSCHE | DEFENDANTS |
| LOUISIANA COMMERCE & TRADE ASSOCIATION | INTERVENOR |

**ORDER**

On May 11, 2011, Louisiana Commerce & Trade Association filed a motion for leave to intervene to assert a lien on any recovery by the plaintiffs in this action. No one has objected. Therefore, the motion for leave to intervene is GRANTED. Document #11. The intervenor must file its complaint in intervention within seven days from the entry of this Order.

IT IS SO ORDERED this 31st of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE