# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| CEDRIC PERRY and SHEILA PERRY | PLAINTIFFS |
| v.   No. 3:11CV00048 JLH | |
| STEVENS TRANSPORT, INC.; and RICHARD KIRSCHE | DEFENDANTS |
| LOUISIANA COMMERCE & TRADE ASSOCIATION | INTERVENOR |

## ORDER

Presently before the Court is the joint motion for continuance. Good cause having been shown, the motion is GRANTED. Document #26. The trial of this matter previously set for the week of February 27, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 19th of October, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE