# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CEDRIC PERRY and SHEILA PERRY					PLAINTIFFS

v.					No. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE					DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION					INTERVENOR

## ORDER

Presently before the Court is the joint motion for continuance. Good cause having been shown, the motion is GRANTED. Document #26. The trial of this matter previously set for the week of February 27, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 19th of October, 2011.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE