IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC PERRY and SHEILA PERRY                               PLAINTIFFS

v.                      No. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE                                             DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION                      INTERVENOR

## ORDER

Presently before the Court is defendants' motion for continuance. Without objection, the motion is GRANTED. Document #30. The trial of this matter previously scheduled for the week of April 30, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 22nd of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE