**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CEDRIC PERRY and SHEILA PERRY                                                    PLAINTIFFS

v.                                    No. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE                                                                   DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION                              INTERVENOR

<u>**ORDER**</u>

The plaintiffs have filed a motion to compel Stevens Transport, Inc., and Richard Kirsche to provide certain information that was omitted from their discovery responses. Specifically, the plaintiffs sought information about the defendants' liability insurance coverage pertinent to this accident, and they also requested a medical authorization authorizing counsel for the plaintiffs to obtain medical records of Richard Kirsche. The medical records allegedly are relevant because Kirsche had a prior shoulder injury.

The defendants have responded, noting that Stevens Transport, Inc., is self-insured. They have provided a declarations page from a casualty insurance policy showing that they have excess coverage in the amount of $2 million per occurrence. They have also provided a medical authorization signed by Richard Kirsche for the medical records pertaining to the shoulder injury.

Because the defendants have now provided the information to which the plaintiffs are entitled, the motion to compel is denied as moot. Document #45.

IT IS SO ORDERED this 20th of April, 2012.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE