# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CEDRIC PERRY and SHEILA PERRY                                                          PLAINTIFFS

v.                                         No. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE                                                                        DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION                                                 INTERVENOR

## ORDER

The joint motion for extension of the motion deadline is GRANTED. Document #56. The motion deadline is hereby extended up to and including July 27, 2012.

IT IS SO ORDERED this 29th day of June, 2012.

                                                                       _____
                                                                       J. LEON HOLMES
                                                                       UNITED STATES DISTRICT JUDGE