## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CEDRIC PERRY and SHEILA PERRY                                                              PLAINTIFFS

v.                                              NO. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE                                                                             DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION                                                      INTERVENOR

### ORDER

Presently before the Court is the Joint Motion for Continuance of the trial date in this matter. Document #110. Good cause having been shown, the motion is granted, and the trial of this matter previously set for September 17, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 15th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE