# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| CEDRIC PERRY and SHEILA PERRY | PLAINTIFFS |
| v.   No. 3:11CV00048 JLH | |
| STEVENS TRANSPORT, INC.; and RICHARD KIRSCHE | DEFENDANTS |
| LOUISIANA COMMERCE & TRADE ASSOCIATION | INTERVENOR |

## ORDER

Pursuant to the notice of settlement and request for removal of trial setting, this action is hereby removed from the trial docket for the week of February 25, 2013. The Court directs the Clerk to terminate this action administratively. The Court further directs the parties to notify the Court upon Medicare's acceptance of the proposed Medicare set aside. If Medicare refuses to accept the Medicare set aside, any party may move to reopen this action within 30 days after receipt of notice that Medicare has refused to accept the set aside.

IT IS SO ORDERED this 20th day of November, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE