# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CEDRIC PERRY and SHEILA PERRY                                                            PLAINTIFFS

v.                                            No. 3:11CV00048 JLH

STEVENS TRANSPORT, INC.; and
RICHARD KIRSCHE                                                                          DEFENDANTS

LOUISIANA COMMERCE & TRADE ASSOCIATION                                                   INTERVENOR

## ORDER

Pursuant to the notice of settlement and request for removal of trial setting, this action is hereby removed from the trial docket for the week of February 25, 2013. The Court directs the Clerk to terminate this action administratively. The Court further directs the parties to notify the Court upon Medicare's acceptance of the proposed Medicare set aside. If Medicare refuses to accept the Medicare set aside, any party may move to reopen this action within 30 days after receipt of notice that Medicare has refused to accept the set aside.

IT IS SO ORDERED this 20th day of November, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE